# UNITED STATES DISTRICT COURT
### Eastern District of Washington

ROSALIO TORRES, JR.,

                Petitioner,

          v.

HAROLD CLARKE,

                Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-05-5021-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Mr. Torres' First Amended Petition for Writ of Habeas Corpus (Ct. Rec. 5) is DENIED. Judgment is entered in favor of Respondent.

| | |
|---|---|
| November 7, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |